Telephone: (631) 845-1400
Facsimile: (631) 752-4603
email: rkanter111@aol.com

# Richard V. Kanter

*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

July 12, 2012

**Via ECF**
Honorable Dorothy Eisenberg
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

RE:   In re Solveig I Woychuk
Chapter 7 Case No.: 11-76096-dte

**CBA Realty Group II Corp v. Woychuk**
**Adv Proc No.: 12-08015-dte**

Dear Judge Eisenberg:

This office represents the plaintiff, CBA Realty Group II Corp, in the above referenced adversary proceeding. We are writing to inform the Court that the case has been settled. A stipulation will follow shortly. Accordingly, we would respectfully request that the case be marked off the Court's trial calendar. Thank you.

Respectfully,

Richard V. Kanter

cc: Salvatore LaMonica, Esq. (by ECF)
    Fred A. McCoy, Esq. (by email)